**LAW OFFICES OF**
**KOFFSKY & FELSEN, LLC**
1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

March 7, 2025

**Via ECF**

The Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

APPLICATION GRANTED

*[signature]*
Hon. Victoria Reznik, U.S.M.J.
March 7, 2025

Re:   United States v. Doreen Mastroianni
      Case No.: 7:24-mj-04187-UA-2

Dear Judge Reznik:

      The undersigned has been appointed to represent Ms. Doreen Mastroianni in the above-captioned matter. The defendant, Doreen Mastroianni, respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of her release. Ms. Mastroianni seeks an Order from the Court to permit her to travel to visit her sister, Claire Denise Dibiasi, who resides at Candlewood Rehabilitation, a dementia rehabilitation facility, in New Milford, Connecticut.

      In order to facilitate the defendant's request, the defendant will do the following:

1. Ms. Mastroianni will travel on a Tuesday and visit between 1:00 p.m. and 4:00 p.m., which would require her to be away from her residence from 12:00 p.m. to 5:00 p.m.

2. Ms. Mastroianni communicated her request to United States Pretrial Services Officer Viosanny Harrison from the Southern District of New York, who has no objection.

3. United States Attorney Ryan W. Allison indicated that the government does not object to the requested modification.

Letter to Hon. Victoria Reznick
March 7, 2025
Page 2

    WHEREFORE, the defendant moves that the Court issue an Order permitting the defendant to travel with the advanced notification and approval of her United States Pretrial Services Officer, to visit her sister at Candlewood Rehabilitation, in New Milford, Connecticut, subject to the conditions imposed by her Pretrial Services Officer.

    Respectfully Submitted

    THE DEFENDANT,
    Doreen Mastroianni

    By: */s/ Bruce D. Koffsky*

BDK/dm

cc:    AUSA Ryan W. Allison via email