LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

## MEMO ENDORSED

July 14, 2025

**Via ECF**

The Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*The requested bail modification is **GRANTED**. Ms. Mastroianni's travel restrictions are modified to allow for travel in the Northern District of New York, with prior notice and approval of the United States Pretrial Services Office.*

APPLICATION GRANTED

*[signature]*

Hon. Victoria Reznik, U.S.M.J.
7/14/2025

  Re: **United States v. Doreen Mastroianni**
     **Case No.: 7:24-mj-04187-UA-2**

Dear Judge Reznik:

  The undersigned has been appointed to represent Ms. Doreen Mastroianni in the above-captioned matter. The defendant, Doreen Mastroianni, respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of her release. Ms. Mastroianni seeks a modification of her travel restrictions to include the Northern District of New York, with any travel to that district occurring only after providing notice and receiving the approval of the United States Pretrial Services Office.

  United States Pretrial Services Officer Simon Krivoruk indicated to this office that Pretrial Services has no objection to Ms. Mastroianni's request. Assistant United States Attorney Ryan W. Allison indicated that the government has no objection to the requested modification.

Letter to Hon. Victoria Reznik
July 14, 2025
Page 2

      WHEREFORE, the defendant moves that the Court issue an Order extending the imposed travel restrictions to include the Northern District of New York, with prior notice and approval of the United States Pretrial Services Office.

                                        Respectfully Submitted

                                        THE DEFENDANT,
                                        Doreen Mastroianni

                                      By:  */s/ Bruce D. Koffsky*

BDK/dm

cc:     AUSA Ryan W. Allison via email
        USPSO Simon Krivoruk