LAW OFFICES OF
## KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

# MEMO ENDORSED

July 16, 2025

**Via ECF**

The Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Defendant's request is GRANTED.**

Ms. Mastroianni's travel restrictions are modified to permit her to travel to the District of Connecticut, with the advanced notification and approval of her United States Pretrial Services Officer, for the purpose of attending meetings with defense counsel.

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.
Dated: 7/16/2025

**Re:    United States v. Doreen Mastroianni**
       **Case No.: 7:24-mj-04187-UA-2**

Dear Judge Reznik:

The undersigned has been appointed to represent Ms. Doreen Mastroianni in the above-captioned matter. The defendant, Doreen Mastroianni, respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of her release. Ms. Mastroianni seeks a modification of her travel restrictions to include the District of Connecticut, as this office's principal location is in Fairfield, Connecticut, for the purpose of attending meetings with counsel, with any travel occurring after providing notice and receiving the approval of the United States Pretrial Services Office.

United States Pretrial Services Officer Simon Krivoruk indicated to this office that Pretrial Services has no objection to Ms. Mastroianni's request. Assistant United States Attorney Margaret N. Vasu indicated that the government has no objection to the requested modification.

Letter to Hon. Victoria Reznik
July 16, 2025
Page 2

      WHEREFORE, the defendant moves that the Court issue an Order permitting the defendant to travel to the District of Connecticut, with the advanced notification and approval of her United States Pretrial Services Officer, for the purpose of attending meetings with defense counsel.

      Respectfully Submitted

      THE DEFENDANT,
      Doreen Mastroianni

      By: */s/ Bruce D. Koffsky*

BDK/dm

cc:    AUSA Margaret N. Vasu, via email
       USPSO Simon Krivoruk