LAW OFFICES OF

# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604

November 10, 2025

**Via ECF**

The Honorable Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy
11-10-2025

Re:   **United States v. Doreen Mastroianni**
      **Case No.: 7:24-mj-04187-UA-2**

Dear Judge McCarthy:

The undersigned has been appointed to represent Ms. Doreen Mastroianni in the above-captioned matter. The defendant, Doreen Mastroianni, respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of her release. Ms. Mastroianni's sister passed away on November 6, 2025.[1] Ms. Mastroianni seeks a modification of her travel restrictions to permit her to travel to Danbury, Connecticut, on November 11, 2025, from 4:00 PM until 8:00 PM so that she can attend her sister's visiting hours.

United States Pretrial Services Officer Simon Krivoruk indicated to this office that Pretrial Services has no objection to Ms. Mastroianni's request. Assistant United States Attorney Ryan W. Allison stated that the government has no objection.

WHEREFORE, the defendant Doreen Mastroianni respectfully requests that the Court issue an order permitting her to travel to Danbury, Connecticut on November 11, 2025 from 4 PM until 8 PM so that she may attend her sister's visitation.

---

[1] A copy of Ms. Mastroianni's sister's obituary has been provided to U.S. Probation Officer Krivoruk which provides information regarding visiting hours.

Letter to Hon. Judith C. McCarthy
November 10, 2025
Page 2

>Respectfully Submitted
>
>THE DEFENDANT,
>Doreen Mastroianni
>
>By: /s/ *Bruce D. Koffsky*

BDK/dgb

cc:  AUSAs Margaret Vasu and Ryan W. Allison via email
USPSO Simon Krivoruk via email