UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

_US_ ,
                                    Plaintiff(s),

v.

_Doreen Mastroianni_
                                    Defendant(s).

-----------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/25

**CALENDAR NOTICE**

_24 MJ 4187_ (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/ ~~re-scheduled~~ for:

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

✓ Plea hearing

___ Sentencing

on __12/10__, 20 _25_, at __11:30AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _____.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __11/25/__, 20 _25_
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge